UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK
KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
EOH 4375
Attorneys for Petitioners

| | |
|---|---|
| TEAMSTERS LOCAL 408 WELFARE, PENSION AND ANNUITY FUNDS; ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, P.A., <br><br>Petitioners, <br><br>v. <br><br>METRA INDUSTRIES, <br><br>Respondent. | HON. JOSE L. LINARES <br> CIVIL ACTION NO.: 08-4854 <br><br> **ORDER** |

The above application for special appointment to serve process is GRANTED.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Federal Rule of Civil Procedure 4(G) filed with the Clerk together with the original process.

IT IS FURTHER ORDERED that entry hereof implies no ruling of the validity of such service.

DATED: 12/3/08

*Charlie Sanders*
DEPUTY CLERK

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

63461.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK
 KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
EOH 4375
Attorneys for Petitioners

RECEIVED
NOV 2 6 2008
AT 8:30_____M
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| TEAMSTERS LOCAL 408 WELFARE, PENSION AND ANNUITY FUNDS; ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, P.A., <br><br> Petitioners, <br><br> v. <br><br> METRA INDUSTRIES, <br><br> Respondent. | HON. JOSE L. LINARES <br> CIVIL ACTION NO.: 08-4854 <br><br> **MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS** |

**MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS (General Rule 9C and FR Civ. P. 4(c))**

Application is hereby made for an Order appointing Edward H. O'Hare or his designee to serve the Writ of Execution in this action and it is represented that:

1. The person named is competent and is at least 19 years old.

2. The person named will not be a party to this action.

3. Substantial time and expense will be saved by not using the United States Marshall or his deputy for this purpose.

Dated: November 24, 2008

_____
Edward H. O'Hare

63461.doc